# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **SANDRA GILLUM,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CIGNA GROUP INSURANCE,**<br><br>**Defendant.** | **Civil Action No. 3:19-cv-372-JRW-RSE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Sandra Gillum ("Plaintiff") and the Defendant, Life Insurance Company of North America ("Defendant"), incorrectly named in Plaintiff's Complaint as Cigna Group Insurance, by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendant with each party to bear its own costs.

Dated this 21st day of January, 2020.

**MAYNARD COOPER & GALE PC**

By: *Robert A. Florio*
Robert A. Florio
1500 Story Avenue
Louisville, KY  402006

By: *Grace Robinson Murphy*
Grace Robinson Murphy
William B. Wahlheim, Jr.
1901 Sixth Avenue N., Ste 2400
Birmingham, AL  35203-2618

Attorney for Plaintiff

Attorneys for Defendant

05212572.1